**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-7227**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

PORTEAL GROOM,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Peter J. Messitte, District Judge.  (CR-
95-294-PJM, CA-99-2881-PJM)

---

Submitted:  November 29, 2001        Decided:  December 6, 2001

---

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Mark Jeffery Kadish, Atlanta, Georgia, for Appellant.  David Ira
Salem, Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Porteal Groom seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Groom's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Groom, Nos. CR-95-294-PJM; CA-99-2881-PJM (D. Md. filed May 24, 2001 & entered May 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED